Pioneer Trust and Savings Bank, defendant in error, v. H. H. Herbst, trading as H. H. Herbst and Company, plaintiff in error. Gen. No. 37,207.

 Opinion filed October 24, 1934.

William C. Napier, for plaintiff in error; Sidney Schneider, of counsel. Henry H. Koven, for defendant in error; Henry W. Kenoe, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

J. M. Dixon, appellant, v. General Register Corporation, appellee. Gen. No. 37,230.

 Opinion filed October 24, 1934.

Danaher & Garriott, for appellant. Joseph R. Harmon and Kenneth L. Karr, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Chester J. Zellers, defendant in error, v. Alice Zellers, plaintiff in error. Gen. No. 37,315.

 Opinion filed October 24, 1934.

Esther Melnick, for plaintiff in error; Abraham Teitelbaum, of counsel. Paul A. Grundman, for defendant in error; Warren Farson, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.